UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN W. EVERLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-00024-TWP-DML |
| | ) | |
| PATRICK RAGAINS, THOMAS BRODERICK, COUNTY OF MADISON, JANE DOE, and JOHN DOE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) ) | |

## NOTICE OF INTENT TO DISMISS WITHOUT PREJUDICE

The only remaining defendants is this action are Jane Doe and John Doe. The claims against the Doe defendants are asserted against "All Defendants" in the Complaint. (Filing No. 1 at ECP p. 15 and 21). Under federal law, a plaintiff may name a fictitious defendant and utilize discovery to learn the defendant's proper identity. However, although there is no prohibition on filing suit against unknown defendants, "John Doe defendants must be identified and served within 120 days of the commencement of the action against them." *Aviles v. Village of Bedford Park,* 160 F.R.D. 565, 567 (N.D.Ill.1995); *see also* Fed.R.Civ.P. 4(m) ("If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant...."). See *Redd v. Dougherty*, 578 F.Supp.2d 1042, 1048 (N.D. ILL. 2008).

Mr. Everling filed his Complaint on January 9, 2014. More than 120 days have passed since the filing of his Complaint, and the unknown defendants have not been identified or served. Accordingly, Mr. Everling is **ordered** to file an amended complaint which identifies the Doe

Defendants and perfect service on these defendants or show good cause for his failure to do so within **fourteen (14) days** of this Order.  Failure to do so will result in the Court dismissing without prejudice Defendants Jane Doe and John Doe.

**SO ORDERED.**

Date: 3/26/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Zaki M. Ali
ATTORNEY AT LAW
zali@zakiali.com

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com

Cory Christian Voight
COOTS HENKE & WHEELER, P.C.
cvoight@chwlaw.com

Kent Jameson Perkins
COOTS, HENKE & WHEELER
kperkins@chwlaw.com

Robert C. Allega
INDIANA ATTORNEY GENERAL
Robert.Allega@atg.in.gov

David A. Arthur
OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov